**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RUPERTO CORTEZ GONZALEZ, | ) | NO. ED CV 12-1928-JST(E) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| BARNES B. GOWER, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: April 21, 2013.

                                                                        JOSEPHINE STATON TUCKER
                                                                       JOSEPHINE STATON TUCKER
                                                                    UNITED STATES DISTRICT JUDGE